(135 So. 925)

**Aubrey PAYNE v. STATE.**

6 Div. 949.

Court of Appeals of Alabama.
June 30, 1931.

Wright, Warren & Searcy, T. B. Ward and J. M. Ward, all of Tuscaloosa, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

BRICKEN, P. J.

Reversed and remanded on authority of Fitts v. State, ante, p. 405, 135 So. 654.

RICE, J., not sitting.